1 | Michael J. Nuñez, Esq.
Nevada Bar No. 10703
2 | mnunez@murchisonlaw.com
Bryan J. Ure, Esq.
3 | Nevada Bar No. 11004
bure@murchisonlaw.com
4 | **MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
5 | Las Vegas, Nevada 89145
Telephone: (702) 360-3956
6 | Facsimile: (702) 360-3957

7 | Attorneys for Defendant SAM'S WEST, INC

8

9 | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

11

12 | DANIEL SALAZAR GONZALES, an individual,     CASE NO. 2:23-CV-01393

13 |         Plaintiff,     **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY**

14 |         **DEADLINES (FIRST REQUEST)**

       vs.

15 | SAM'S WEST, INC. dba SAM'S CLUB, a
foreign corporation; DOES I through X;
16 | and ROE ENTITIES I through X,

17

18 |         Defendants.

19

20 |       Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, and LR 7-1,

21 | LR 26-1, and LR 26-3 the parties, by and through their respective counsel of record, stipulate

22 | and agree that there is good cause to extend discovery deadline as set forth below.

23 |      **A.**      **Pursuant to LR 26-3(a), the parties stipulate that the following discovery**

24 | **was completed:**

25 |      •    Plaintiff's Initial Disclosure of Witnesses and Documents Pursuant to FRCP

26 |         26(a)(1) was mailed to Defendant's counsel on October 4, 2023.

27 |      •    Defendant's Initial Disclosure of Witnesses and Documents Pursuant to

28 |         FRCP 26(a)(1) was mailed to Plaintiff's counsel on October 12, 2023.

- Plaintiff's First Set of Interrogatories to Defendant were mailed to Defendant's counsel on November 21, 2023. Defendant responded on December 28, 2023.

- Plaintiff's First Set of Request for Production of Documents to Defendant were mailed to Defendant's counsel on November 21, 2023. Defendant responded on December 28, 2023.

- Plaintiff's First Set of Request for Admissions to Defendant were mailed to Defendant's counsel on November 21, 2023. Defendant responded on December 14, 2023.

- Defendant's First Set of Interrogatories, Request for Production of Documents and Request for Admissions to Plaintiff were mailed to Plaintiff's counsel on February 13, 2024. Plaintiff's responses are pending.

**B.     Pursuant to LR 26-3(b), the parties stipulate that they need to complete the following discovery:**

- The parties are proposing to extend the current scheduling order by sixty (60) days in order to complete the necessary depositions of Plaintiff and Defendant's FRCP 30(b)(6) designee(s), as well as to disclose expert and rebuttal expert witnesses.

**C.     Pursuant to LR 26-3(c), the parties stipulate an extension is needed for the following reasons:**

- The parties are currently in settlement negotiations and believe they may come to a resolution, but if unsuccessful they feel it would be necessary to extend all discovery deadlines by sixty (60) days. This will allow additional time for the parties to complete all pending discovery.

**D.     Pursuant to LR 26-3(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend the discovery deadlines as set forth below:

1.     Extend the discovery cut-off deadline from 07/03/2024 to **09/02/2024;**

2.      Amending the Pleadings and Adding Parties 04/04/2024 to **06/03/2024;**

3.      Extend the date for Plaintiff to disclose Initial expert witnesses from 04/04/2024 to **06/03/2024;**

4.      Extend the date for Defendant to disclose Initial and rebuttal expert witnesses from 05/03/2024 to **07/02/2024;**

5.      Extend the date for Plaintiff to disclose rebuttal expert witnesses from 06/03/2024 to **08/02/2024;**

6.      The date to file dispositive motions from 08/02/2024 to **10/01/2024**; and

7.      The date to file the Joint Pre-Trial Order from 09/02/2024 to **11/01/2024**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8.      Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

**STIPULATED AND AGREED TO:**

DATED this 14th day of March, 2024            DATED this 14th day of March, 2024

**MURCHISON & CUMMING, LLP**                 **TANNER LAW FIRM**


By: _/s/ Bryan J. Ure_                          By: _/s/ David A. Tanner_
     Michael J. Nuñez, Esq.                          David A. Tanner, Esq.
     Nevada Bar No. 10703                            Nevada Bar No. 8282
     Bryan J. Ure, Esq.                              Jeffery C. Gunn, Esq.
     Nevada Bar No. 11004                            Nevada Bar No. 15925
     Attorneys for Defendant                         7895 W Sunset Road, Suite 115
     SAM'S WEST, INC                                 Las Vegas, Nevada 89113
                                                     Attorneys for Plaintiff


<u>**ORDER**</u>

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

     DATED:  ___March 14, 2024___