Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
Bryan J. Ure, Esq.
Nevada Bar No. 11004
bure@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for Defendant SAM'S WEST, INC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL SALAZAR GONZALES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC. dba SAM'S CLUB, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO. 2:23-CV-01393<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED to by Defendant SAM'S WEST, INC. dba SAM'S CLUB, and Plaintiff DANIEL SALAZAR GONZALES, by and through their attorneys of record, that any and all claims among and between the above-named parties be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

///
///
///
///

1

Case No. 2:23-CV-01393

1  This Stipulation is entered into in good faith, in the interest of judicial economy, and not
2  for the purposes of delay.
3  STIPULATED AND AGREED TO this __7__ day of August, 2024.

**MURCHISON & CUMMING, LLP**

By: _/s/ Bryan J. Ure_
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar No. 11004
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant

STIPULATED AND AGREED TO this __2__ day of August, 2024.

**TANNER LAW FIRM**

By: _____
David A. Tanner, Esq.
Nevada Bar No. 8282
Jeffrey C. Gunn, Esq.
Nevada Bar No. 15925
7895 W Sunset Road, Suite 115
Las Vegas, NV 89113
Attorneys for Plaintiff

///
///
///
///
///
///
///
///

Daniel Salazar Gonzales vs. Sam's West Inc., et al.
Case No.: 2:23-cv-01393
Stipulation and Order for Dismissal with Prejudice

### ORDER

The Court having considered the aforementioned Stipulation between the Parties, and good cause appearing therefore;

**ORDERED, ADJUDGED AND DECREED** that that the above-entitled action be, and the same hereby is, dismissed with prejudice, each of the parties to bear its own fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** any pending court date related to this matter shall be vacated and removed from calendar.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

Dated this \_\_12\_\_ day of August, 2024.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

**MURCHISON & CUMMING, LLP**

/s/ Bryan J. Ure
_____
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
Bryan J. Ure, Esq.
Nevada Bar No. 11004
350 South Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
Attorneys for Defendant, SAM'S WEST, INC.